UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIANE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ORBITZ WORLDWIDE, INC.; EXPEDIA, INC.; HOTELS.COM LP; TRAVELOCITY.COM LP; PRICELINE.COM INCORPORATED; BOOKING.COM B.V.; BOOKING.COM (USA), INC.; SABRE HOLDINGS CORPORATION; TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC; KIMPTON HOTEL & RESTAURANT GROUP, LLC; INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.; HILTON WORLDWIDE, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE INC.; MARRIOTT INTERNATIONAL, INC.; and, JANE DOES 1-100,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:12-cv-3916<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the Rules of the Court for the Disclosure of Interested Persons, Plaintiff James Smith files his Certificate of Financially Interested Persons:

1. Diane Bennett;

2. Class Members;

3. Orbitz Worldwide, Inc.;

4. Expedia, Inc.;

5. Hotels.com LP;

6. Travelocity.com LP;

7. Priceline.com Incorporated;

8. Booking.com B.V.;

9. Booking.com (USA), Inc.;

10. Sabre Holdings Corporation;

11. Trump International Hotels Management, LLC;

12. Kimpton Hotel & Restaurant Group, LLC;

13. Intercontinental Hotels Group Resources, Inc.;

14. Hilton Worldwide, Inc.;

15. Starwood Hotels & Resorts Worldwide, Inc.;

16. Marriott International, Inc.;

17. Jane Does 1-100;

18. All counsel of record.

DATED:  September 28, 2012

Respectfully submitted,

*/s/William B. Federman*
William B. Federman, TBA #00794935
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Facsimile: (405) 239-2112
   - and -
2926 Maple Avenue, Suite 200
Dallas, Texas  75201

- and -

*/s/Kenneth G. Gilman*
Kenneth G. Gilman
**GILMAN LAW LLP**
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, FL 34134
Telephone (239) 221-8301
Facsimile (239) 676-8224
kgilman@gilmanpastor.com

*Attorneys for Plaintiff and Proposed Class*
