UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE BENNETT,<br><br>        Plaintiff,<br><br> v.<br><br>ORBITZ WORLDWIDE, INC., *et al.*,<br><br>        Defendants. | Case No. 3:12-cv-03916-D |

**STIPULATION**

 WHEREAS, Plaintiff filed the Complaint in this litigation on September 28, 2012;

 WHEREAS, all of the Defendants have agreed to waive service;

 WHEREAS, a number of substantially similar complaints have been filed nationwide;

 WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate all of the actions in one court;

 WHEREAS, Plaintiff and Defendants Orbitz Worldwide, Inc.; Expedia, Inc.; Hotels.com LP; Travelocity.com LP; Priceline.com Incorporated; Booking.com B.V.; Booking.com (USA), Inc.; Sabre Holdings Corporation; Trump International Hotels Management, LLC; Kimpton Hotel & Restaurant Group, LLC; InterContinental Hotels Group Resources, Inc.; Hilton Worldwide, Inc.; Starwood Hotels & Resorts Worldwide, Inc.; and Marriott International, Inc. expect that all of the actions will be coordinated and/or consolidated before one court;

 WHEREAS, Plaintiff and Defendants wish to preserve the parties' and the Court's resources and efficiently manage the litigation so as not to cause prejudice;

 NOW THEREFORE, the parties agree as follows:

 1. Defendants will not be required to answer or otherwise plead in response to the Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. §

1407. If this Court is the transferee court, Defendants' time to answer or otherwise plead will be extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file their opposition to a motion to dismiss, if filed, within 60 days thereafter. In the event that the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this action. No discovery shall be served in the above-captioned matter while this stipulation is in effect;

2. In the event that Defendants voluntarily file or are ordered to file a responsive pleading in any other related action prior to the JPML's decision, Defendants agree that this stipulation will become void and in that event, all of the parties agree to negotiate in good faith regarding a responsive pleading date;

3. If this Court is the transferee court, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead counsel for the Plaintiffs. If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of the denial of the motion.

DATED:  November 6, 2012

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| By:  /s/ William B. Federman | By:      /s/ Christopher S. Yates |
| William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK  73120<br>Telephone:  (405) 235-1560<br>Facsimile:  (405) 239-2112<br>wbf@federmanlaw.com<br>- and -<br>2926 Maple Avenue, Suite 200<br>Dallas, Texas  75201 | Christopher S. Yates<br>Daniel M. Wall<br>Brendan A. McShane<br>Jason L. Daniels<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>dan.wall@lw.com<br>brendan.mcshane@lw.com<br>jason.daniels@lw.com<br><br>Attorneys for Defendant<br>*Orbitz Worldwide, Inc.* |

| | |
|---|---|
| Kenneth G. Gilman<br>GILMAN LAW LLP<br>Beachway Professional Center Tower<br>3301 Bonita Beach Road, Suite 307<br>Bonita Springs, FL 34134<br>Telephone (239) 221-8301<br>Facsimile (239) 676-8224<br>kgilman@gilmanpastor.com<br><br>*Attorneys for Plaintiffs and Proposed Class* | By: ___/s/ Thomas L. Cubbage___<br>Thomas L. Cubbage (S.B.O.T. # 00783912)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone: (202) 662-5464<br>Facsimile: (202) 662-6291<br>tcubbage@cov.com<br><br>Emily Johnson Henn<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Dr., Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>ehenn@cov.com<br><br>Attorneys for Defendants<br>*Expedia, Inc. and Hotels.com LP*<br><br>By: ___/s/ George S. Cary___<br>George S. Cary<br>Steven J. Kaiser<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>New York, NY 10017<br>Telephone: (212) 974-1554<br>Facsimile: (212) 974-1999<br>gcary@cgsh.com<br>skaiser@cgsh.com<br><br>Attorneys for Defendants<br>*Travelocity.com LP and Sabre Holdings Corporation*<br><br>By: ___/s/ Kevin J. Arquit___<br>Kevin J. Arquit<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>karquit@stblaw.com<br><br>Attorneys for Defendants<br>*Priceline.com Incorporated, Booking.com (USA), Inc., and Booking.com B.V.* |

By:    /s/ Francis J. Burke, Jr.
Francis J. Burke, Jr.
SEYFARTH SHAW LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 201-5214
Facsimile: (310) 282-6993
fburke@seyfarth.com

Attorneys for Defendant
*Trump International Hotels*
*Management, LLC*


By:    /s/ Marie L. Fiala
Marie L. Fiala
Ryan M. Sandrock
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
mfiala@sidley.com
rsandrock@sidley.com

Attorneys for Defendant
*Kimpton Hotel & Restaurant Group, LLC*


By:    /s/ Robert E. Meadows
Robert E. Meadows (S.B.O.T. # 13885700)
Michael W. Youtt (S.B.O.T. # 00792315)
KING & SPALDING LLP
1100 Louisiana Street
Suite 4000
Houston, TX 77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
rmeadows@kslaw.com
myoutt@kslaw.com

Jeffrey S. Cashdan
Christine A. Hopkinson
Sarah E. Statz
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
chopkinson@kslaw.com

4

sstatz@kslaw.com

Attorneys for Defendant
*InterContinental Hotels Group Resources, Inc.*


By:     /s/ Steven A. Newborn    
Steven A. Newborn
Carrie M. Anderson
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
steven.newborn@weil.com

*Of Counsel:*
James C. Egan, Jr.

Attorneys for Defendant
*Hilton Worldwide, Inc.*


By:     /s/ William H. Knull    
William H. Knull (S.B.O.T. # 11636900)
MAYER BROWN LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730
Telephone:  (713) 238-2636
Facsimile:  (713) 238-4636
wknull@mayerbrown.com

Robert E. Bloch
Richard Ben-Veniste
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3203
Facsimile:  (202) 263-5203
rbloch@mayerbrown.com
rben-veniste@mayerbrown.com

Attorneys for Defendant
*Starwood Hotels & Resorts Worldwide, Inc.*


By:     /s/ Jeffrey Kilduff    
Jeffrey Kilduff
Ian Simmons
Katrina M. Robson
O'MELVENY & MYERS LLP
1625 Eye Street, NW

5

Washington, D.C.  20006  
Telephone:  (202) 383-5300  
Facsimile:  (202) 383-5414  
Jkilduff@omm.com  
isimmons@omm.com  
krobson@omm.com  

Attorneys for Defendant  
*Marriott International, Inc.*

IT IS SO ORDERED:

_____  
United States District Judge

AMECURRENT 703504352.2 30-Oct-12 09:58

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                       /s/ William B. Federman
                                                       William B. Federman